JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMONTE LYONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 23-9469-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: November 12, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE